January 31, 1979

402 A.2d 1081

Commonwealth v. Ferguson, a/k/a Brown, Appellant.

Submitted March 13, 1978.   Bruce D. Foreman, for appellant;  Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J. and HOFFMAN, J., did not participate in the consideration or decision of this case.